IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:24-cv-00832-MOC-SCR

KAYLA MONCAYO, )
)
        Plaintiff, )
)
v. )
)
DRIVEN BRANDS SHARED SERVICES, LLC, )
)
        Defendant. )
)
)
)

## CONSENT ORDER

**THIS MATTER** is before the Court on Defendant Driven Brands Shared Services, LLC's ("Defendant") Motion to Compel Arbitration (Doc. No. 10) and supporting Declaration of Michelle Appleyard (Doc. 10-1) and brief (Doc. 11). Plaintiff's claims in this action are subject to Driven Brands Shared Services, LLC Arbitration of Employment Disputes Program, Arbitration Agreement and Jury Trial Waiver ("Arbitration Agreement"). Plaintiff consents to submitting her claims in this action to arbitration in accordance with the Arbitration Agreement and consents to staying this matter pending completion of binding arbitration between the parties with respect to Plaintiff's claims in this action.

Accordingly, the Court finds that a valid written agreement to arbitrate exists between the Plaintiff and Defendant which covers the claims asserted in Plaintiff's Complaint.

**IT IS, THEREFORE, ORDERED THAT:**

1. Defendant's Motion to Compel Arbitration (Doc. No. 10) is **GRANTED**. The parties are **ORDERED** to submit the matter to arbitration in accordance with the Arbitration Agreement.

2. This matter is **STAYED** pending the outcome of the parties binding arbitration. *See* 9 U.S.C. § 3.

3. The parties shall file a status report 90 days from the date of this Order and every 90 days thereafter until the arbitration is completed.

Signed: December 5, 2024

**SO ORDERED**.

_____
Susan C. Rodriguez
United States Magistrate Judge

**BY CONSENT OF THE PARTIES:**

| **Plaintiff Kayla Moncayo** | **Defendant Driven Brands Shared Services, LLC** |
|---|---|
| /s/ Matthew R. Gunter<br>Matthew R. Gunter<br>Morgan & Morgan, P.A.<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32802<br>Telephone (407) 236-0946<br>Fax: (407) 867-4791<br>Email: MGunter@forthepeople.com<br>*Admitted Pro Hac Vice*<br><br>Jean S. Martin, N.C. Bar No. 25703<br>Morgan & Morgan, P.A.<br>Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: (813) 559-4908<br>Email: Jeanmartin@forthepeople.com<br><br>*Attorneys for Plaintiff* | /s/Meredith F. Hamilton<br>Benjamin R. Holland, N.C. Bar No. 28580<br>Meredith F. Hamilton, N.C. Bar No. 50703<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>201 South College Street, Suite 2300<br>Charlotte, North Carolina 28244<br>Telephone: 704.342.2588<br>Facsimile: 704.342.4379<br>E-mail: benjamin.holland@ogletree.com<br>       meredith.hamilton@ogletree.com<br><br>*Attorneys for Defendant* |